HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, JR., CA Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
Shannon Nicole Johannsen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> SHANNON NICOLE JOHANNSEN, <br><br> *Defendant.* | No. 1:13-cr-0171 LJO / SKO <br><br> **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Shannon Nicole Johannsen, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

///

Defendant makes this requests because defendant was ordered to complete a 90 day impatient drug rehabilitation program in Bakersfield and arranging travel to and from the program and court is difficult.

DATED: July 3, 2013         /s/ Shannon Nicole Johannsen
                            SHANNON NICOLE JOHANNSEN


DATED: July 3, 2013         /s/ Jerome Price, Jr.
                            JEROME PRICE, JR.
                            Assistant Federal Defender
                            Attorney for Shannon Nicole Johannsen


**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order of the court.

IT IS SO ORDERED.

**Dated:   July 15, 2013**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

-2-