HEATHER E. WILLIAMS, Bar #122664
Acting Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHANNON N. JOHANNSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-CR-00171 LJO-SKO-1 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| SHANNON N. JOHANNSEN, | Date:  September 16, 2013 |
| Defendant. | Time:  1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MICHAEL TIERNEY, Assistant United States Attorney, counsel for plaintiff, and JEROME PRICE, Assistant Federal Defender, counsel for defendant, SHANNON N. JOHANNSEN, that the date for status conference in this matter may be continued to September 16, 2013, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is July 29, 2013.  The requested new date is September 16, 2013.**

The continuance is requested due to the unavailability of defense counsel.  Additionally, the parties are currently in settlement negotiations.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the

///

///

ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

```
                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: July 24, 2013           By    /s/ Michael Tierney
                                     MICHAEL G. TIERNEY
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: July 24, 2013           By    /s/ Jerome Price
                                     JEROME PRICE
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     Shannon N. Johannsen
```

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

Dated:   July 24, 2013                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

Johannsen: Stipulation to Continue Status Conference          2