BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00171-LJO |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| SHANNON NICOLE JOHANNSEN, | |
| Defendant. | |

WHEREAS, on November 21, 2013, this Court entered a Preliminary Order of

Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, and 28

U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and

defendant Shannon Nicole Johannsen  forfeiting to the United States the following

property:

      a.  Apple iBook G4 laptop (SN: LW4071AQQQQA);

      b.  Dell Studio XPS laptop (SN: HZ45RJ1);

      c.  Hewlett Packard/ Compaq C700 laptop (SN: CND738NDM);

      d.  Dell Latitude 510 laptop (SN: 3R2DP81);

      e.  Gigaware Hard Drive (SN: NS89T622A4P9);

      f.  Black Sandisk Cruzer Glide 16GB Thumb drive;

g.  Samsung Google cell phone (FCC ID: A3LSPHD720);

h.  Samsung Model SPH-M390 cell phone (FCC ID: A3LSPHM390);

i.  Samsung Galaxy S cell phone (FCC ID: A3LSPHL710)

AND WHEREAS, beginning on December 6, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Shannon Nicole Johannsen.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The United Secret Service, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  __**June 6, 2014**__                    ___**/s/ Lawrence J. O'Neill**___
                                        UNITED STATES DISTRICT JUDGE